IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60628
Conference Calendar

_____

LEWIS GREENWOOD,

Plaintiff-Appellant,

versus

UNITED STATES OF AMERICA,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 94-CV-31
- - - - - - - - - -
August 20, 1996

Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Lewis Greenwood, Mississippi prisoner #64597, seeks to proceed in forma pauperis in his appeal from the district court's judgment dismissing his civil rights action with prejudice as frivolous. Greenwood has identified no error in the dismissal. Greenwood v. United States of America, No. 94-CV-31 (N.D. Miss. Aug. 16, 1995).

The appeal fails to present a nonfrivolous issue, and the

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

motion to proceed <u>in</u> <u>forma</u> <u>pauperis</u> on appeal is DENIED.  <u>See</u> <u>Jackson v. Dallas Police Dep't</u>, 811 F.2d 260, 261 (5th Cir. 1986).  The appeal is frivolous, and it is DISMISSED.  <u>See</u> 5th Cir. R. 42.2.  The motion for appointment of counsel is also DENIED.

We caution Greenwood that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions.  To avoid sanctions, Greenwood is further cautioned to review all pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED.  SANCTION WARNING ISSUED.